IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Mawson Infrastructure Group, Inc.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |
| Mawson Infrastructure Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Celsius Network Ltd., Celsius Mining LLC, and Ionic Digital Mining LLC,<br><br>Defendants. | Adv. Pro. No. 25-50008 (MFW) |

**DECLARATION OF KEITH H. WOFFORD IN SUPPORT OF OPPOSITION OF CELSIUS NETWORK LTD. AND CELSIUS MINING LLC TO THE ALLEGED DEBTOR'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION <u>EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 105</u>**

I, Keith H. Wofford, hereby declare:

      1.     I am a partner at the law firm of White & Case LLP and counsel to Celsius Network Limited and Celsius Mining LLC in the above-captioned matter. I respectfully submit this declaration in support of the Opposition of Celsius Network Limited and Celsius Mining LLC to the Alleged Debtor's Emergency Motion for a Temporary

Restraining Order and Preliminary Injunction Extending the Automatic Stay Pursuant to 11 U.S.C. § 105 (the "**Opposition**").[1]

2.  **Exhibit A** to this declaration is a true and correct copy of Mawson Infrastructure Group, Inc.'s Form 10-Q dated May 15, 2023 (without exhibits).

3.  **Exhibit B** to this declaration is a true and correct copy of Mawson Infrastructure Group, Inc.'s Form 10-Q dated August 21, 2023 (without exhibits).

4.  **Exhibit C** to this declaration is a true and correct copy of Mawson Infrastructure Group, Inc.'s Form 10-Q dated November 14, 2024 (without exhibits).

5.  **Exhibit D** to this declaration is a true and correct copy of the Memorandum of Law in Support of Defendant's Motion to Compel Arbitration and Dismiss or Stay Adversary Proceeding filed by Mawson Infrastructure Group, Inc., Luna Squares LLC and Cosmos Infrastructure LLC in Adv. Pro. 23-01202 in the United States Bankruptcy Court for the Southern District of New York.

6.  **Exhibit E** to this declaration is a true and correct copy of AAA Commercial Rule 34.

7.  **Exhibit F** to this declaration is a true and correct copy of the Arbitrator's December 17, 2024 ruling following the Scheduling Conference.

8.  **Exhibit G** to this declaration is a true and correct copy of the January 10, 2025 letter from the Mawson Parties' counsel to the Arbitrator requesting a stay of the Arbitration.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Opposition.

9. **Exhibit H** to this declaration is a true and correct copy of the January 13, 2025 letter from the Celsius Parties' counsel to the Arbitrator.

10. **Exhibit I** to this declaration is a true and correct copy of the Arbitrator's ruling on the Mawson Parties' January 10, 2025 stay request.

11. **Exhibit J** to this declaration is a true and correct copy of the January 13, 2025 letter from the Mawson Parties' counsel to the Arbitrator renewing their request for a stay.

12. **Exhibit K** to this declaration is a true and correct copy of the Arbitrator's ruling on the Mawson Parties' January 13, 2025 stay request.

13. On January 20, 2025, Luna filed its opposition to Celsius's Rule 34 Dispositive Motion. On January 21, 2025, Celsius filed its reply, and briefing on the Rule 34 Dispositive Motion against Luna is now complete.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in Miami, Florida

Dated: January 21, 2025          /s/ *Keith H. Wofford*
                                 Keith H. Wofford