# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |
| MAWSON INFRASTRUCTURE GROUP, INC.<br>　　　　Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK LTD., CELSIUS MINING LLC, and IONIC DIGITAL MINING LLC.<br><br>　　　　Defendants. | Adv. Pro. No. 25-50008 (MFW) |

## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 21st day of January 2025, a true and correct copy of the foregoing *Declaration of Keith H. Wofford in Support of Opposition of Celsius Network LTD. and Celsius Mining LLC to the Alleged Debtor's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Extending the Automatic Stay Pursuant to 11 U.S.C. § 105* was served on the parties below in the manner(s) indicated and all ECF participants in this case were served electronically through the Court's ECF noticing system.

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel A. O'Brien*
　　　　　　　　　　　　　　　　　　　　Daniel A. O'Brien (No. 4897)

**VIA EMAIL**

Seth A. Niederman
Stephanie Slater Ward
FOX ROTHSCHILD LLP
1201 North Market Street, Suite 1200
Wilmington, DE 19801
sniederman@foxrothschild.com
sward@foxrothschild.com

Michael A. Sweet
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
msweet@foxrothschild.com

Michael R. Herz
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960
mherz@foxrothschild.com

Martin R. Martos, II
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
mmartos@foxrothschild.com

Isaac Hoenig
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, NY 10178
ihoenig@foxrothschild.com

*Counsel to the Alleged Debtor*