**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.,<br><br>    Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |
| MAWSON INFRASTRUCTURE GROUP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK LTD., CELSIUS MINING LLC, and IONIC DIGITAL MINING LLC,<br><br>    Defendants. | Adv. Pro. No. 25-50008 (MFW)<br><br>**Re: D.I. 4** |

**JOINDER OF IONIC DIGITAL MINING LLC TO THE
OPPOSITION OF CELSIUS NETWORK LTD. AND CELSIUS MINING LLC
TO THE ALLEGED DEBTOR'S EMERGENCY MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 105**

Ionic Digital Mining LLC ("**Ionic**" or the "**Defendant**"), by and through its undersigned counsel, hereby joins (the "**Joinder**") in, incorporates by reference, and adopts the Opposition of Celsius Network Ltd. and Celsius Mining LLC [Adv. D.I. 15] (the "**Objection**") to the Alleged Debtor's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Extending the Automatic Stay Pursuant to 11 U.S.C. § 105 [Adv. D.I. 4] (the "**Motion**"). For the reasons set forth in the Objection to the extent not otherwise inconsistent with this Joinder, and for the reasons set forth below, Ionic respectfully requests that this Court deny the Motion:

**JOINDER AND RESERVATION OF RIGHTS**

1. Ionic joins in, incorporates by reference, and adopts as its own the Objection filed by Defendants Celsius Network Ltd. and Celsius Mining LLC (collectively, "**Celsius**"). For the reasons set forth more fully in the Objection, Ionic respectfully submits that the Motion should be denied.

2. Additionally, Ionic notes that on December 17, 2024, after submissions and argument to the Tribunal, the arbitrator deferred Ionic's request to file a dispositive motion to dismiss the Counterclaims that have been asserted jointly by Mawson, Luna Squares, and Cosmos. Accordingly, the arbitrator has already stayed Ionic claims and the relief requested by Plaintiff in its Motion and in its Complaint are unnecessarily duplicative of the arbitrator's ruling. Nevertheless, the Motion should be denied with respect to Ionic so that if the arbitrator changes his view that Ionic's claims can proceed in arbitration against Luna Squares, Ionic should not prevented from doing so based upon an order of this Court.

3. Nothing in this Joinder is intended to be, nor should be construed as, a waiver by Ionic of any of its rights under the Bankruptcy Code or applicable law. Ionic expressly reserves all such rights, including, without limitation, the right to supplement and/or amend this Joinder and assert any further arguments as this Court deems necessary or appropriate.

**CONCLUSION**

**WHEREFORE**, for the reasons set forth above, Ionic respectfully requests that this Court enter an order denying the TRO Motion, dismissing the adversary proceeding seeking to extend

the automatic stay to non-debtor subsidiaries, Luna Squares and Cosmos, and granting such other and further relief as the Court deems just and proper.

Dated: January 21, 2025
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
         hall@chipmanbrown.com

—and—

Denver G. Edwards (*pro hac vice* Pending)
**BRADFORD EDWARDS LLP**
575 Fifth Avenue, 14th Floor
New York, New York 10017
Telephone:   (917) 671-9407
Email:   dedwards@bradfordedwards.com

*Counsel to Ionic Digital Mining LLC*