**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Mawson Infrastructure Group, Inc.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |
| Mawson Infrastructure Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Celsius Network Ltd., Celsius Mining LLC, and Ionic Digital Mining LLC,<br><br>Defendants. | Adv. Pro. No. 25-50008 (MFW) |

**ORDER (I) DENYING EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 105 AND (II) DISMISSING ADVERSARY PROCEEDING**

Upon the *Emergency Motion for Temporary Restraining Order and Preliminary Injunction Extend the Automatic Stay Pursuant to 11 U.S.C.§ 105* [Adv. Docket No. 4] (the "**Motion**") filed by Mawson Infrastructure Group, Inc. (the "**Alleged Debtor**"); and the Court having reviewed the Motion and the Declaration of Bill Regan in support thereof [Adv. Docket No. 5]; and the Court having reviewed the *Alleged Debtor's Adversary Complaint for Injunctive Relief Pursuant to 11 U.S.C. § 105* [Adv. Docket No. 2] (the "**Adversary Complaint**"); and the Court having reviewed the *Opposition of Celsius Network Ltd. and Celsius Mining LLC to the Alleged Debtor's Emergency Motion for*

*Temporary Restraining Order and Preliminary Injunction Extend the Automatic Stay Pursuant to 11 U.S.C.§ 105* [Adv. Docket No. 15] (the "**Opposition**") and the Declaration of Keith H. Wofford in support thereof [Adv. Docket No. 16]; and the Court having reviewed the joinder of Ionic Digital Mining LLC to the Opposition [Adv. Docket No. 17]; and the Court having held a hearing on the Motion on January 22, 2025 (the "**Hearing**"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record in the above-captioned adversary proceeding; and after due deliberation and sufficient cause appearing therefor; and for the reasons stated on the record at the Hearing,

**IT HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is DENIED.

2. The Opposition to the Motion is SUSTAINED.

3. There being no other or further relief requested in the Adversary Complaint than in the Motion, the Adversary Proceeding is DISMISSED.

4. Nothing in this Order shall be deemed or construed to prejudice (i) any right of the Celsius Parties or Ionic to seek to recover the fees and costs relating to the Opposition, whether in the Arbitration or otherwise; or (ii) any right of Mawson to oppose any request for such relief, and all such rights are hereby preserved.

5. The Court retains jurisdiction over and shall have the power to enforce the terms and provisions of this Order.

**Dated: January 24th, 2025**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**